HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-CR-00129-DAD |
| Plaintiff, | ) ) | **APPLICATION AND ORDER** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| DEBBIE MARIE SINGLETON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant Debbie Marie Singleton, through the Federal Defender for the Eastern District

of California, hereby requests appointment of counsel.

On May 16, 2006, Ms. Singleton was sentenced 292 months in custody and 5

years of supervised release in the Western District of Virginia. Ms. Singleton began serving her

term of supervised release on July 29, 2020. Jurisdiction of her case was transferred to the

Eastern District of California on August 10, 2020. Ms. Singleton has been encouraged by

probation to seek early termination of supervised release and requires counsel.

///

///

///

The attached Financial Affidavit is submitted as evidence of Ms. Singleton's financial inability to retain counsel. Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.


DATED:  August 3, 2021                    _/s/ Eric V. Kersten_____
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Branch Chief, Fresno Office


**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.


IT IS SO ORDERED.

Dated:  __**August 3, 2021**__          ____/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE