1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
DEBBIE SINGLETON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00129-DAD |
|---|---|
| Plaintiff, | ORDER TERMINATING SUPERVISED RELEASE |
| vs. | Hon. Dale A. Drozd |
| DEBBIE SINGLETON, | |
| Defendant. | |

On December 6, 2021, Debbie Singleton filed a motion seeking early termination of her term of supervised release. *See* Dkt. #7. On January 19, 2022, the government filed a non-opposition to the motion for early termination of supervised release. *See* Dkt. #10.  It its non-opposition, the government indicated that "[a]fter reviewing the defendant's motion and receiving input from Probation, the government does not oppose the defendant's motion for early termination of supervised release." Dkt. #10.

IT IS HEREBY ORDERED that the defendant's Motion for Early Termination of Supervised Release, filed December 6, 2021, is GRANTED. Accordingly, the term of supervised

/////

/////

/////

/////

release imposed in this matter is terminated. The motion hearing currently set in this matter for February 14, 2022, at 9:00 a.m. is hereby vacated.

IT IS SO ORDERED.

Dated:  **January 20, 2022**             _____
UNITED STATES DISTRICT JUDGE